| | |
|---|---|
| 1 | Honorable James L. Robart |
| 2 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY, a Minnesota Corporation, | CASE NO. 2:19-cv-01890-JLR |
| Plaintiff, | ORDER: |
| v. | 1) DISMISSING MINNESOTA LIFE AS INTERPLEADER PLAINTIFF; |
| EDNA PERKINS, an individual; TAAJ AVERY, an individual; AJANI PERKINS, an individual; and NORMA AVERY, an individual, | AND |
| Defendants. | 2) STAYING PROCEEDINGS TO ALLOW FOR MEDIATION. |

This matter came before the court on the parties' joint motion 1) for an order dismissing Minnesota Life Insurance Company, with prejudice, as interpleader plaintiff from this lawsuit, and 2) to stay these proceedings to pursue mediation. Having reviewed the motion, and finding the parties have shown good cause for the requested relief,

IT IS HEREBY ORDERED that the motion is GRANTED on the following terms and conditions:

1) Minnesota Life Insurance Company is DISMISSED from this lawsuit, with prejudice against any current or future claims by these defendants relating to the group life insurance

policy, Group Number 34457-G, issued to King County (DKT. #1). The following terms of this Order do not apply to plaintiff Minnesota Life Insurance Company.

IT IS HEREBY FURTHER ORDERED that:

2) The case is STAYED in its entirety for 120 days from the date of this order.

3) Any currently-scheduled deadlines, pre-trial dates, conferences, or hearings are suspended. No new pleadings, motions, or claims of any kind may be filed by any party during the period of stay.

4) During the period of the stay, the defendants will file Joint Status Reports with the court every thirty days, beginning thirty days following the date of this Order.

5) Should the defendants come to a resolution of their disputes during this stay, they shall immediately notify the court.

6) If, after 120 days from the date of this order, the defendants have not achieved a comprehensive settlement of their disputes, then, on or before that date, any defendant or all defendants may file a motion requesting an extension of the stay pending further alternative dispute resolution. Alternatively, on or before that date, all defendants will submit an agreed, proposed pre-trial schedule for the court's consideration and to resume these proceedings.

DATED this 11th day of January, 2021.

_____
Judge James L. Robart
UNITED STATES DISTRICT JUDGE

Presented jointly by:

| | |
|---|---|
| Law Office of Geoffrey D. Patterson | Curran Law Firm, P.S. |
| By: /s/ Geoffrey D. Patterson | By: /s/ Chad Horner |
| Geoffrey D. Patterson, WSBA #21986 | Chad Horner, WSBA# 27122 |
| (Counsel for Norma Avery) | (Counsel for Norma Avery) |
| P.O. Box 16243 | 555 West Smith Street |
| Seattle, Washington 98116 | P.O. Box 140 |
| Telephone: (206) 200-8459 | Kent, Washington 98035-0140 |
| E-mail: gdp@gdpattersonlaw.com | Telephone: (253) 852-2345 |
| | E-mail: chorner@curranfirm.com |

Karr, Tuttle Campbell

By: /s/ Joshua M. Howard

Joshua M. Howard, WSBA #52189
(Counsel for Minnesota Life Insurance Company)

701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: 206-223-1313
E-mail: jhoward@karrtuttle.com

Law Office of Greg Cavagnaro

By: /s/ Greg Cavagnaro

Greg Cavagnaro, WSBA #17644
(Counsel for Edna Perkins, Taaj Avery, and Ajani Perkins)

2135 112th Ave NE
Bellevue, WA 98004
Telephone: 425.818.9441
E-mail: greg@gcavlaw.com