Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY, a Minnesota Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>EDNA PERKINS, an individual; TAAJ AVERY, an individual; AJANI PERKINS, an individual; and NORMA AVERY, an individual.<br><br>    Defendants. | No. 2:19-cv-01890-TL<br><br>**STIPULATION AND ORDER TO DISBURSE REGISTRY FUNDS** |

## STIPULATION

The parties, by and through their undersigned counsel of record, hereby stipulate and agree and request the Court enter an order to disburse all of the funds deposited into the Court's registry by Minnesota Life Insurance Company.

Pursuant to this Court's June 24, 2020 Order, Plaintiff Minnesota Life Insurance Company ("Minnesota Life") was ordered to deposit $589,000.00, plus interest, into the registry of the court and directed the Clerk to retain such funds until directed to release them by further court order. (*See* Order (Dkt. # 22).) Pursuant to the Court's June 24, 2020 Order, Minnesota Life deposited into the Court's registry the sum of $405,478.51 on July 6, 2020 and a second

deposit the sum of $191,588.60, on July 6, 20202 for a total sum of $597, 067.11 (*See* deposit (Dkt. # 22).) On January 12, 2021, this Court issued an Order dismissing Minnesota Life from this lawsuit with prejudice against any current or future claims by the defendants relating to the group life insurance policy issued by Minnesota Life, Group Number 34457-G, issued to King County (*See* Order (Dkt.# 24).).

The remaining parties in this case, namely defendant Edna Perkins, defendant Taaj Avery, defendant Ajani Perkins and defendant Norma Avery stipulate and agree, to disburse from all of the funds tendered into the registry of the court by Minnesota Life, plus interest, minus statutory fees or fees assessed by the Clerk of the Court pursuant to LRC 67(a) the following sums:

(i)   $557,067.11 shall be disbursed to defendant Taaj Avery.

(ii)  $40,000.00 shall be disbursed to defendant Norma Avery.

Based upon the party's stipulation, it is hereby:

**ORDERED** that upon Taaj Avery and Norma Avery providing their Social Security number(s) or Tax ID(s) to the Clerk of the Court, the Clerk is authorized and directed to draw a check(s) on the funds deposited in the registry of this court in the principal amount of:

1. $557,067.11 plus all accrued interest, minus any statutory fees, or fees assessed by the Clerk of the Court pursuant to LCR 67(a), payable to the Trust Account of Gregory P. Cavagnaro and mail or deliver the check(s) to Gregory P. Cavagnaro, Law Office of Gregory P. Cavagnaro, 2135 112th Ave NE Bellevue, WA 98004; and

2.  $40,000.00, payable to the Trust Account of Geoffrey D. Patterson and mail or deliver the check(s) to Geoffrey D. Patterson, Law Office of Geoffrey D. Patterson, P.O. Box 16243 Seattle, WA 98116.

Dated this 22nd day of August 2022.

*[signature]*

Tana Lin
United States District Judge