Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY, a Minnesota Corporation,<br><br>Plaintiff,<br><br>v.<br><br>EDNA PERKINS, an individual; TAAJ AVERY, an individual; AJANI PERKINS, an individual; and NORMA AVERY, an individual,<br><br>Defendants. | **CASE NO. 2:19-cv-01890-TL**<br><br>**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Rule 41(a)(2) and Rule 41(c) of the Federal Rules of Civil Procedure, by and between the undersigned counsel for (a) Defendants Taaj Avery, Edna Perkins, and Ajani Perkins, and (b) Defendant Norma Avery, that all claims, counterclaims and cross-claims asserted, or which could have been asserted, by Taaj Avery, Edna Perkins, Ajani Perkins, and Norma Avery in this action are voluntarily dismissed with prejudice and without costs or attorneys' fees against any party.

Respectfully submitted this <u>16th</u> day of <u>August</u>, 2022.

Law Office of Geoffrey D. Patterson

By: */s/ Geoffrey D. Patterson*
Geoffrey D. Patterson, WSBA #21986
Counsel for Norma Avery
P.O. Box 16243
Seattle, Washington 98116-0243
(206) 200-8459
gdp@gdpattersonlaw.com

Curran Law Firm, P.S.

By: */s/ Chad Horner*
Chad Horner, WSBA# 27122
Counsel for Norma Avery
555 West Smith Street
P.O. Box 140
(253) 852-2345
chorner@curranfirm.com

Law Office of Greg Cavagnaro

By: */s/ Greg Cavagnaro*
Greg Cavagnaro, WSBA #17644
Counsel for Edna Perkins,
Taaj Avery, and Ajani Perkins
2135 112th Ave NE
Bellevue, Washington 98004
(425) 818-9441
greg@gcavlaw.com

\*   \*   \*

It is SO ORDERED.

Dated this 31st day of August 2022.

Tana Lin
United States District Judge

STIPULATION AND ORDER OF VOLUNTARY DISMISSAL  - 2
(2:19-cv-01890-TL)